UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 5:26-cv-04214-ODW (ASx) | Date | October 8, 2026 |
| Title | *Pedro Nunez et al. v. General Motors LLC* | | |

| | | |
|---|---|---|
| Present: The Honorable | Otis D. Wright II, United States District Judge | |
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| | |
|---|---|
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not present | Not present |

**Proceedings (In Chambers):**

In light of the parties' Joint Notice of Settlement, (Dkt. No. 21), indicating that the case has settled, the Court **DENIES** Plaintiffs' motion to remand as **MOOT**, (Dkt. No. 15), and places this action on inactive status. By **January 5, 2027**, the parties shall file a dismissal that complies with Federal Rule of Civil Procedure 41. Failure to timely comply with this order shall result in the dismissal of this action. All other dates and deadlines in this action are **VACATED** and taken off calendar.

**IT IS SO ORDERED.**

: 00

Initials of Preparer SE